RECEIVED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Appeal No. 06-15-00062-CV

Trial Court No. 153-270690-14

Allen "F" Calton
    Appellant

V

Steve Schiller, et al
    Appellees

In The Court Of Appeals

Sixth District

of Texas

## Appellant's Objection To The Record on Appeal and motion To Abate"

To The Honorable Court:

Now Comes Appellant Allen "F" Calton (Calton) and files his objection and motion To Abate The Appeal To The Trial Court. Because the record is incomplete and due to its incompleteness Calton is precluded from raising viable points on appeal. Will show in support As Follows

### I

The Trial Court Clerk must prepare and file the Clerk's Record in Accordance with T.R.A.P. 34.5 and 35. To prepare a clerk's record, the trial Court Clerk must gather documents required by Rule 34.5(a) and those requested by a party under Rule 34.5 (b). Further A party may request a Record to be supplemented under Rules 34.5 (b)(4) and 34.5 (e) (1). In the instant case Calton timely requested on 10-26-15 that the clerk's record be supplemented with the documents as listed and described in Exhibit "A" hereto attached and incorporated. The Trial Court Clerk supplemented the Record on Appeal on 11-2-15 by Filing the First Supplemental Record. See File herein. However the First Supplemental Record did not contain any of the documents timely requested as listed and described in Exhibit "A", supra.

In the event of a material violation of this Rule in the

Appellant's objection To The Record on Appeal and motion To Abate page 1 of 3

preparation of the Clerk's Record, on motion of a party or on its own initiative, the Appellate Court may require the Trial Court Clerk to amend the clerk's record or to prepare a New Clerks record in proper form and provide it to any party who has previously made a copy of the original defective clerk's record at the Trial Clerk's expenses. Finally the Clerk's record must also be prepared in conformity with the Rules. see second Court of Appeals Local Rule 5 (D).

## II

In addition to the Clerk's Record on file that Calton objects to Calton moves this Court to enter an abatement order and transfer this cause back to the trial Court for a hearing to determine the accuracy of the clerk's Record with respect to the documents as described and listed in Exhibit "A", supra . see Camp v State 16 sw3d 920, 921 (Tex. App. Waco 2000 order, pet ref'd) (abating for supplementation of Clerk's Record); moss v State 13 sw3d 877,880 (Tex. App Fortworth, pet ref'd) (discussing similar abatement). The Record on Appeal is not accurate is incomplete, inadequate and insufficient. And the omitted records are necessary for the resolution of Appeal. Thus without the relevant records added as a supplement to the Record on Appeal. Calton will not be afforded an effective, fair or meaningful.

Due to calton specifically will be precluded from raising the issue on appeal whether the trial Court abused its discretion in refusing to reconsider its judgment in Light of the Timely Filed Ninth Amended Complaint. As the Fourteenth Court of Appeals Said. "The purpose of the Rules is to create an accurate record on

on Appeal". See Blondett v State 921 sw2d 469, 477 (Tex. App. [14 Dist] 1996 pet ref'd). Bearing these standards in mind. This Can equitably review the objections asserted by Calton and the merits of Calton's motion To Abate. See Lomax v State 153 sw3d 582, 584 (Tex. App. Waco 2004)

## Relief Requested

wherefore, premises considered, Calton prays and respectfully moves this Court to Abate the appeal to The Trial Court for A hearing to determine the accuracy of the Clerk's Record on File herein. Calton moves for any and all other relief he may Justly be entitled to.

Respectfully Submitted/

Allen "F" Calton

## Certificate of Conference

Calton puts the Court on notice that a conference was not held with Demetri Anastasiadis on the merits of this motion. Because Calton is incarcerated and cannot telephone Demetri Anastasiadis. Calton will not speculate on whether this motion would be opposed by Demetri Anastasiadis.

Allen "F" Calton

## Certificate of Service

I, Allen "F" Calton #1123880 incarcerated at the Stiles Unit, in Jefferson County, Texas due hereby state under the penalty of perjury that the foregoing was forwarded first class mail to Demetri Anastasiadis 300 w. 15 st Austin, TX 78701, District Clerk Thomas Wilder 100 N. Calhoun St, Ft. Worth, TX. 76196, and the Sixth District Court of Appeal, 100 North State Line Avenue #20 Texarkana, Texas 75501 on 11-9-15.

Executed on 11-9-15   Allen "F" Calton

Omitted Documents That Need To Be Supplemented To The Record on Appeal

(1) "Plaintiff's Motion For Leave To Supplement His Pleadings"
File marked on 6-18-15   1 page document

(2) "Plaintiff's Supplement To The Ninth Amended Complaint"
File marked on 6-18-15   2 page document

(3) "Letter To Court Coordinator Patricia Cannon dated 5-30-15"
File marked on 6-18-15   1 page document

(4) "Plaintiff's Notice of Hearing By Submission For His motion To Supplement His Ninth Amended Section 1983 Complaint"
File marked on 6-18-15   1 page document

(5) "Plaintiff's motion For Leave To Amend and Supplement His Pleadings with The Ninth Amended Complaint and Supplement To The Ninth Amended Complaint" File marked on 6-25-15   7 page document

(6) "Order and Judgment Granting Plaintiff's motion For Leave To Amend and Supplement His Pleading with The Ninth Amended Complaint".
Received by the Clerk on 6-25-15   1 page document.
see page 3 of 3 of Exhibit "A" for a true and correct copy of the same. So as not to permit it to be confused with the order signed by Judge McCoy that is contained in the Clerk's Record see Clerks Record at page 632.

Exhibit "A"   page 1 of 3

(7) "Plaintiff's Notice of Hearing By Submission For His motion To Amend His § 1983 Complaint with The Ninth Amended Complaint" File marked on 6-25-15    1 page document

(8) "Letter To Court Coordinator Patricia Cannon dated 6-15-15" File marked on 6-25-15    1 page document

(9) "The Certified Copy of Calton's Inmate Trust Fund Account Statement" notarized on or about 10-17-14 and received by the Clerk on 10-21-14. Along with Plaintiff's second motion For The Appointment of counsel and other documents submitted in support thereof. See CR Vol   page 142 to confirm the same.

Respectfully Submitted,
Allen "F" Calton

Exhibit "A" page 2 of 3

Cause No. 153-270690-14

Allen "F" Calton                    In The District Court
        Plaintiff

v

Steve Schiller, et al              153rd Judicial
        Defendants                 Tarrant County, Texas

Order and Judgment Granting Plaintiff's motion For Leave
To Amend and supplement His Pleading with The Ninth Amended
Complaint and Supplement To The Ninth Amended Complaint

After considering Plaintiff's motion For Leave To Amend
and Supplement His Pleading with The Ninth Amended Complaint
and supplement To The Ninth Amended Complaint.

It is hereby ordered that Plaintiff's motion For Leave To
Amend and supplement His Pleading with The Ninth Amended
Complaint and supplement To The Ninth Amended Complaint
is granted.

_____        _____
        Date                          presiding Judge


It is further ordered that the judgment will be reconsidered
in light of the Ninth Amended Complaint and supplement thereto


_____        _____
        Date                          presiding Judge


Exhibit "A"  page 3 of 3